UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   18 CR 799-7
     -against-                          :
                                        :   ORDER
Jian Biao Zhang                         :
                                        :
     Defendant                          :
                                        :
---------------------------------------X

Kimba M. Wood, United States District Judge:

ORDERED that the defendant's bail be modified to remove curfew and location monitoring conditions.

Dated: New York, New York
~~November~~____, 2019
December 4

                                        SO ORDERED

                                        _____
                                        Kimba M. Wood
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/19